Bill COMPTON, movant, v. COMMON-
WEALTH of Kentucky, opposed.

Court of Appeals of Kentucky.
May 23, 1952.

Court Declined to Consider Petition for
Rehearing Oct. 24, 1952.

Fritz Krueger, Somerset, for movant.

J. D. Buckman, Jr., Atty. Gen., Frankfort,
opposed.

PER CURIAM.

Motion for an appeal from the Pulaski
Circuit Court. Judgment of conviction for
the sale of intoxicating liquor in dry terri-
tory. KRS Ch. 242. $50 fine and 30 days in
jail. The facts, questions raised, authori-
ties cited and applicable law have been care-
fully considered.

Judgment affirmed.